

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2016

No. 04-15-00796-CR

Dennis **COSBY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3606
Honorable Philip Kazen, Judge Presiding

# O R D E R

On April 26, 2016, this Court abated this appeal to the trial court to hold a hearing to determine whether appellant desired to prosecute his appeal, whether appellant was indigent, and whether appointed counsel Ed Shaughnessy had abandoned this appeal. *See* TEX. R. APP. P. 38.8(b)(2). This Court has received the supplemental clerk's record and reporter's record reflecting appellant desires to pursue this appeal and reflecting Shaughnessy will remain as appointed counsel and has not abandoned this appeal.

It is therefore ORDERED that this appeal is reinstated on the docket of this court. We further ORDER Ed Shaughnessy to file appellant's brief on or before June 27, 2016. Due to the extensions already allowed and counsel's representation that he has begun preparation of the brief and has not abandoned this appeal, **NO FURTHER EXTENSIONS WILL BE GRANTED.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2016.



Keith E. Hottle
Clerk of Court